No. 644. MARTIN *v.* UNITED STATES;

No. 645. BROWN *v.* SAME;

No. 646. HERRING *v.* SAME;

No. 647. ALLBEE *v.* SAME; and

No. 648. BERNS *v.* SAME. March 13, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Jean S. Breitenstein* for

petitioners. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. Elmer B. Collins* for the United States. Reported below: 100 F. 2d 490.